UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re

WINDSOR, ROBERT W.                              Case No. 10-30479-KRH
WINDSOR, GINA R.
                                                Chapter 7

          Debtor(s)

REPORT OF DEPOSIT OF SMALL DIVIDENDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The small dividend(s) represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Henrico County, Virginia<br>c/o Rhysa Griffith South<br>Assistant County Attorney<br>P.O. Box 90775<br>Henrico, Virginia 23273-0775 | $3.32 |

Dated: October 16, 2011          /s/ Sherman B. Lubman
                                 SHERMAN B. LUBMAN, Trustee
                                 P. O. BOX 5757
                                 GLEN ALLEN, VA   23058-5757

                                 (804) 290-4490

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically served or mailed to the Office of the U.S. Trustee, at 701 East Broad St., Room 4304, Richmond, VA 23219 on October 16, 2011.

                                 /s/ Sherman B. Lubman
                                 SHERMAN B. LUBMAN